SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT 2021 JUL -7 PM 2:25
SOUTHERN DISTRICT OF NEW YORK

Andre Dibbs
_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Police Officer John Doe (individually and his)
Arresting Officer ID#959808 (official capacity)

Police Officer John Doe (individually and his)
Arresting Officer ID#953007 (official capacities)

City of New York et al.
_____
Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Andre / P. / Diggs
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

DIN # 20A1604 (NYSDOC) and NYSID # 08597442P (NYCDOC)

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Five Points Correctional Facility
Current Place of Detention

State Route 96, P.O. Box 119
Institutional Address

Romulus , New York , 14541
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: John
Last Name: DOE
Shield #: 959808
Current Job Title (or other identifying information): POLICE OFFICER
Current Work Address: 1 Police Plaza
County, City: NEW YORK
State: N.Y.
Zip Code: 10007

**Defendant 2:**
First Name: John
Last Name: DOE
Shield #: 953007
Current Job Title (or other identifying information): POLICE OFFICER
Current Work Address: 1 Police Plaza
County, City: NEW YORK
State: N.Y.
Zip Code: 10007

**Defendant 3:**
First Name: CITY
Last Name: OF NEW YORK
Shield #:
Current Job Title (or other identifying information): LAW DEPARTMENT
Current Work Address: 100 CHURCH STREET
County, City: NEW YORK
State: N.Y.
Zip Code: 10007

**Defendant 4:**
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 535 East 11th Street (Manhattan) City of New York, State of New York

Date(s) of occurrence: August 17, 2020 at 7:52 am / August 17, 2020 at 8:30 am

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On August 17, 2020 at 7:52 am I was falsely arrested in Manhattan on 535 East 11th Street in the state of New York for the Crime of Aggravated Harrasment in the 2nd Degree (communicate threat physical/property harm) by OFFICER JOHN DOE who's Arresting officer ID #959808 who works for arresting agency New York City Police Department PCT #009. Then on August 17, 2020 at 8:30 am I was re-arrested falsely for the Crime of Aggravated Harrasment in the 2nd Degree (communicate threat physical/property harm) by OFFICER JOHN DOE who's arresting officer ID #953007 who works for arresting agency New York City Police Department PCT #009. These cases continued for about seven months until it was finally dismissed on March 9, 2021. The Docket # CR-015605-20NY. This was a direct violation of my 8th Amendment right of the U.S. Constitution which states "Excessive bail shall not be required nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

N/A

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to be compensated with ($1,000,000) One million dollars in monetary damages.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

June 21, 2021
Dated

Andre A. Diggs
Plaintiff's Signature

ANDRE          P.          DIGGS
First Name     Middle Initial    Last Name

State Route 96, P.O. Box 119
Prison Address

Romulus  ,  New York,  14541
County, City      State      Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: June 21, 2021

Page 6

