```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRE DIGGS,

    Plaintiff,

-against-

POLICE OFFICER JOHN DOE,
ARRESTING OFFICER ID #959808;
POLICE OFFICER JOHN DOE,
ARRESTING OFFICER ID #953007,

    Defendants.

---

**ORDER**

1-21-CV-5849 (PAE) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    Plaintiff, proceeding *pro se*, brings this action under 42 U.S.C. § 1983, asserting he was wrongfully arrested on August 17, 2020 by Police Officer John Doe No. 1 (Shield No. 959808) and Police Officer John Doe No. 2 (Shield No. 953007). (ECF No. 6.). Pursuant to Plaintiff's letter (ECF No. 21), the Court has determined that Plaintiff needs assistance in identifying the John Doe Defendants in his Complaint. *See Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997).

    The Office of Corporation Counsel for the City of New York, currently an interested party in this action, shall endeavor to identify the names of the Defendants and provide their information to Plaintiff by **May 27, 2022.**

    **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

    **SO ORDERED.**

Dated: New York, New York
       April 25, 2022

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge