```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ANDRE DIGGS, | |
| Plaintiff, | **ORDER** |
| -against- | 1-21-CV-5849 (PAE) (KHP) |
| POLICE OFFICER JOHN DOE, ARRESTING OFFICER ID #959808; POLICE OFFICER JOHN DOE, ARRESTING OFFICER ID #953007, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2022

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

Pursuant to this Court's *Valentin* Order (ECF No. 22), the Office of Corporation Counsel for the City of New York has identified the John Doe Defendants in this action. John Doe ID #95808, has been identified as Detective Christopher McLaughlin, Shield No. 27599, New York Police Department 17th Precinct, 167 East 51st Street, New York, New York 10022; and John Doe ID # 953007 has been identified as Detective Benjamin Lopez, Shield No. 2531, New York Police Department 9th Precinct, 321 East 5th Street, New York, New York 10003.

Accordingly, pursuant to Federal Rules of Civil Procedure Rule 21, the Clerk of Court is respectfully ordered to amend the case caption to reflect the identified Defendants. The Clerk of Court is further instructed to issue amended summonses, complete the USM-285 forms with the information identified above, and deliver to the U.S. Marshals Service all documents necessary to effect service.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

SO ORDERED.

Dated: New York, New York
       May 24, 2022

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge