**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANDRE DIGGS,

                      Plaintiff,

    -against-                                           21 **CIVIL** 5849 (PAE)(KHP)

## JUDGMENT

DETECTIVE CHRISTOPHER MCLAUGHLIN,
and DETECTIVE BENJAMIN LOPEZ,

                      Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 1, 2023, the Court has granted defendants' motion, construed as a motion for summary judgment; accordingly, the case is closed.

**Dated:** New York, New York

      March 1, 2023

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                    **Clerk of Court**

                          **BY:**      *K. Mango*

                                                    _____
                                                    **Deputy Clerk**